


drtuber.com | Whois Search | **Search**

HOME | RESEARCH | MONITOR | BUY DOMAINS | LEARN | OPEN AN ACCOUNT

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

# Whois Record For DrTuber.com

+1  Tweet  Like



| | | | |
|---|---|---|---|
| Lesbian Cams | Ebony Cams | Teen Cams | House |
| Big Tits Cams | Latina Cams | Asian Cams | Coup |
| Pregnant Cams | BBW Cams | Anal Cams | Group |
| Amateur Cams | Pornstar Cams | Shemale Cams | Gay |

**Whois Record** | Site Profile | Registration | Server Stats | My Whois



Reverse Whois: **"Moniker Privacy Services" was found in about 823,567 other domains**
Registrar History: **2 registrars**
NS History: **2 changes** on **3** unique name servers over **2** years.
IP History: **4 changes** on **4** unique IP addresses over **2** years.
Whois History: **227 records** have been archived **since 2009-08-08** .
Reverse IP: **1 other site is** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere...
**right from your own desktop!** **Download Now>**

```
Domain Name: DRTUBER.COM
Registrar: MONIKER

Registrant [3639204]:
        Moniker Privacy Services   drtuber.com@monikerprivacy.net

        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US

Administrative Contact [3639204]:
        Moniker Privacy Services   drtuber.com@monikerprivacy.net

        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Billing Contact [3639204]:
        Moniker Privacy Services   drtuber.com@monikerprivacy.net

        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Technical Contact [3639204]:
        Moniker Privacy Services   drtuber.com@monikerprivacy.net

        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Domain servers in listed order:
```

**Country TLDs** | General TLDs

Available domains for registration:

☐ DrTuber.at — Register
☐ DrTuber.ch — Register
☐ DrTuber.dk — Register
☐ DrTuber.eu — Register
☐ DrTuber.fr — Register
☐ DrTuber.in — Register
☐ DrTuber.jp — Register
☐ DrTuber.mx — Register
☐ DrTuber.tw — Register

**Register All Selected >**

**Related Results**

**Find Hot Penny Stocks**
Get Today's Hottest Penny Stock for free. Join Now!
www.RumbleStocks.com

**Hot Gold Stock - GTSO**
GTSO gold play in China as Precious Metals head Higher.
www.GTSOGold.com

**CD & Money Market Rates**
Compare CD Rates From Top Bnaks. Interet Calculator & Savings
Bankrate.com

**Mortgage Rate at 2.37%**
Get the Best Mortgage Rates. Refinance & Lower Your Mortgage
Mortgage.LeadSteps.com

Web2PDF
converted by Web2PDFConvert.com

```
NS1.DRTUBER.COM
NS3.DRTUBER.COM

Record created on:        2011-06-02 02:24:44.413
Database last updated on: 2011-06-02 05:08:59.497
Domain Expires on:        2014-08-06 06:35:22.0
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.



Web2PDF
converted by Web2PDFConvert.com