

register | help | login

compete

Profiles | Analytics Tools | Client Solutions | Resources | myCompete

Site Profile | Tag Profile | Category Profile | Compare

site profile for: Go to Site Profile | Go to Search Referrals | Go to Referrals | Go to Destinations | View Portfolio | Add to Portfolio

search Site Profile for e.g. compete.com GO

Miscellaneous

Compare to other sites

site statistics | audience profiles | subdomains (7)

Unique Visitors vs Compare Second Metric

7D | 30D | 3M | 6M | 1Y | 2Y

Save Graph Image | Export CSV | Embed Graph | Permalink

Adobe Flash player 8 or higher is required to view graphs on Compete.com

Click here to download and install the latest version of the Flash player.

## Monthly Normalized Metrics / July 2011

| | | | |
|---|---|---|---|
| Unique Visitors<br>3,808,380 + 4 . 6 5 % | Visits<br>11,137,491 + 0 . 1 3 % | Page Views<br>Only available with pro | Compete Rank<br>392 + 2 1 |
| Average Stay<br>Only available with pro | Visits / Person<br>Only available with pro | Pages / Visit<br>Only available with pro | Attention<br>Only available with pro |

## Daily Traffic / 08.14.11

Reach

Only available with pro

Attention

Only available with pro

## Compete Demographics / July 2011

Age: 18-24, 25-34, 35-44, 45-54, 55-64, 65-plus — Only available with: pro Advanced

Income: under-30k, 30-60k, 60-100k, 100k-plus — Only available with: pro Advanced

Gender: male, female — Only available with: pro Advanced

### Site Description

No Site Description available

powered by zoominfo

### Referral Analytics pro

Show Destination Sites

| Referral Sites | |
|---|---|
| unique referring sites: | 3,347 |
| sites sending more traffic: | 2,688 |
| sites sending less traffic: | 691 |
| unique referring categories: | 117 |

see all referring traffic

### Search Analytics pro

| Keyword | Search Share |
|---|---|
| dr tuber | 20.92% |
| drtuber | 10.26% |
| monstercockland.com | 1.59% |
| drtuber.com | 1.06% |
| free bbw porn videos | 1.04% |

see all 1,919 keywords with PRO

### Tags

There are no tags for this site. Be the first.

Developers | Buzz & Press | About | Contact Us | Tell a Friend | Compete, Inc

© 2000 - 2011 Compete, Inc - Terms of Service - Privacy Policy

Web2PDF
converted by Web2PDFConvert.com