# Alexa
### The Web Information Company

Home | Site Tools | Top Sites | **Site Info** | What's Hot | Toolbar

Search for more [_____] [Search]





Advertise with Alexa

### Ads by Google

**Liquid Web Heroic Support**
Dedicated, VPS & Smart Servers. Act now. New orders get a free Hero
www.liquidweb.com/HeroicSupport

**Your CTR Sucks**
Time to try something new. Boost your CTR & conversions by over 30%.
www.BoostCTR.com

**Ukrainian women**
Nice women from Ukraine looking for serious relation
www.interkontakt.net

**Cheap Flights to Sweden**
Fly in Comfort and Style this Year! Book Your Ticket Here.
icelandair.us/sweden

### You may be interested in...

| | Query | Activity |
|---|---|---|
| 1 | Drtuber | |
| 2 | www.drtuber.com | |
| 3 | drtuber.com | |
| 4 | Doctor Tuber | |
| 5 | Ivana Fukalot Tube | |
| 6 | Avena Lee Creampie | |
| 7 | Divini Rae Tube | |
| 8 | "mia Smiles" Tube | |
| 9 | Doctor | |
| 10 | Noelle Dubois | |

### High Impact Search Queries for Drtuber.com

| | Query | Impact |
|---|---|---|
| 1 | drtuber | High |
| 2 | dr tuber | High |
| 3 | drtuber.com | Low |
| 4 | taty jasbon | Low |
| 5 | porn | Low |
| 6 | karina hart | Low |
| 7 | mia isabella videos | Low |

View the complete Search Analytics

## drtuber.com
Drtuber.com

Is this your site? Run an Alexa Site Audit

### Statistics Summary for drtuber.com

Drtuber.com's three-month global Alexa traffic rank is 408. Visitors to the site view an average of 3.8 unique pages per day. Relative to the overall population of internet users, the site's...
Show More

| Alexa Traffic Rank | | Reputation | |
|---|---|---|---|
| **408** Global Rank | **540** Rank in US | **136** Sites Linking In | ★★★☆☆ 1 Review |

Traffic Stats | **Search Analytics** | Audience | Contact Info | Reviews | Related Links | Clickstream

### Search Traffic
The percentage of site visits from search engines.



| Period | Percent of Site Traffic |
|---|---|
| Last 30 days | 2.4% |
| Last 7 days | 3.1% |
| Yesterday | 3.1% |

### Top Queries from Search Traffic
The top queries driving traffic to drtuber.com from search engines. Updated monthly.

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | drtuber | 28.08% |
| 2 | dr tuber | 17.04% |
| 3 | dr.tuber | 1.09% |
| 4 | drtuber.com | 1.03% |
| 5 | dr tube | 0.96% |
| 6 | drtube | 0.63% |
| 7 | taty jasbon | 0.30% |
| 8 | dr. tuber | 0.25% |
| 9 | dr tubes | 0.24% |
| 10 | drtubes | 0.22% |

**Keyword Research Tool - Find More Keywords**  *Sponsored Links*
Identify which keywords are searched for, which keywords drive the most traffic and what the PPC bids are using Trellian's KeywordDiscovery.com keyword tool.

### Search Traffic on the Rise and Decline
The top queries from search engines driving relatively more/less traffic to drtuber.com in the current month than the previous month. Updated monthly.

| | Search Query | 1 Month Increase | | Search Query | 1 Month Decline |
|---|---|---|---|---|---|
| 1 | drtuber | 3.01% | 1 | dr.tuber | 0.80% |
| 2 | dr tube | 0.79% | 2 | dr tuber.com | 0.33% |
| 3 | drtube | 0.38% | 3 | taty jasbon | 0.29% |
| 4 | drtuber nudevista | 0.26% | 4 | dr. tuber | 0.26% |
| 5 | dr.tube | 0.16% | 5 | dr porn | 0.16% |
| 6 | drtubes | 0.11% | 6 | punish that girl.com | 0.14% |

### Top Search Queries for Drtuber.com
Query | Percent of Search Traffic

Case 3:11-cv-03040-MWB   Document 6-3   Filed 08/26/11   Page 1 of 3

converted by Web2PDFConvert.com

| | 7 | jizz | 0.10% | | 7 | drtuber.com | 0.09% |
|---|---|---|---|---|---|---|---|
| | 8 | mia isabella videos | 0.09% | | 8 | madison scott anal | 0.09% |
| | 9 | dr tuber | 0.07% | | 9 | dr tubes | 0.08% |
| | 10 | tori black squirt | 0.07% | | 10 | karina hart hardcore | 0.06% |

| | | |
|---|---|---|
| 1 | drtuber | 28.08% |
| 2 | dr tuber | 17.04% |
| 3 | dr.tuber | 1.09% |
| 4 | drtuber.com | 1.03% |
| 5 | dr tube | 0.96% |
| 6 | drtube | 0.63% |
| 7 | taty jasbon | 0.30% |

View the complete Search Analytics

## Search Advertising Metrics Highlights

Data provided by iSpionage. Visit iSpionage to discover additional information metrics for drtuber.com.

| Last Month Stats (Estimated) | |
|---|---|
| PPC Budget | N/A |
| Last Month Clicks | N/A |
| Avg. Ad Position | N/A |
| Google PPC Keywords | N/A |
| Yahoo PPC Keywords | N/A |



Advertiser: drtuber.com



Wayback Machine
See how Drtuber.com looked in the past

Like drtuber.com? Download the Alexa toolbar and access exclusive analytics content.

您现在可以在Alexa中文官方网站cn.alexa.com上获取drtuber.com的网站流量信息。

## High Impact Search Queries for drtuber.com

Popular queries that are relevant to this site and are actively targeted by competitors advertising on search engines.
Click on queries below to discover who is advertising for these queries.

| Query | Impact Factor | Query Popularity | QCI |
|---|---|---|---|
| drtuber | 85.82 | 48 | 50 |
| dr tuber | 10.39 | 44 | 10 |
| drtuber.com | 0.63 | 32 | 10 |
| taty jasbon | 0.55 | 30 | 30 |
| porn | 0.10 | 77 | 25 |
| karina hart | 0.09 | 40 | 10 |
| mia isabella videos | 0.07 | 19 | 10 |
| mia isabella | 0.07 | 36 | 11 |
| tori black squirt | 0.07 | 18 | 10 |
| 3d teen | 0.06 | 18 | 100 |
| big wet asses 10 | 0.06 | 20 | 10 |
| punish girl | 0.06 | 7 | 60 |
| japanese massage | 0.06 | 36 | 24 |
| bree olson big wet asses | 0.05 | 8 | 80 |
| black diamond | 0.04 | 44 | 50 |
| college girls | 0.04 | 37 | 23 |
| that girl | 0.04 | 25 | 10 |
| gianna michaels anal | 0.04 | 33 | 10 |
| shemale | 0.03 | 57 | 33 |
| hentai | 0.03 | 66 | 35 |
| babysitters | 0.03 | 30 | 49 |
| bbw mature | 0.03 | 32 | 20 |
| private | 0.03 | 45 | 21 |
| stocking | 0.03 | 40 | 35 |
| shower | 0.02 | 41 | 52 |
| chloe lamb | 0.02 | 45 | 28 |
| abella anderson | 0.02 | 50 | 13 |
| riding academy | 0.02 | 5 | 40 |
| filipina anal | 0.02 | 20 | 30 |
| massage fuck | 0.02 | 28 | 10 |

## Search Engine Marketing (SEM) Activity by drtuber.com

Ads for drtuber.com have appeared on major search engines when people performed the queries below. Click on the queries below to discover more information.

No data available for drtuber.com

## Search Engine Marketing (SEM) Opportunities for drtuber.com

Queries that provide opportunities for this site to advertise through Search Engine Marketing (SEM) to get more traffic. They are popular queries that are relevant to the site, and have low competition in search engine marketing. Learn More

converted by Web2PDFConvert.com

| Query | SEM opportunity | Query Popularity | QCI |
|---|---|---|---|
| google wave | 0.54 | 77 | 11 |
| badjojo | 0.51 | 67 | 10 |
| 2012 | 0.51 | 73 | 32 |
| feliz navidad | 0.51 | 48 | 12 |
| tony hsieh | | | 20 |
| quick start | 1.23 | 25 | 15 |
| clarks | | | 45 |
| yellow pages | 0.50 | 68 | 27 |
| free music | 0.49 | 52 | 59 |
| radio stations | 0.48 | 44 | 55 |
| songs | 0.46 | 50 | 47 |
| new songs | 0.46 | 44 | 33 |
| betsey johnson | 1.11 | 44 | 37 |
| jack spade | 1.09 | 36 | 34 |
| time in | 4.74 | 22 | 10 |
| statistics for | 4.12 | 2 | 10 |
| tutorial | 3.59 | 49 | 12 |
| episodes | 3.46 | 33 | 18 |
| digitalpoint | 3.29 | 50 | 12 |
| ip whois | 3.21 | 49 | 12 |
| counter strike | 2.87 | 58 | 17 |
| maktoob | 2.87 | 47 | 12 |

**Install the free Alexa Toolbar to join our information community and get access to this feature.**

Install the Toolbar Now

Company — About, Jobs, Advertise on Alexa
Help — Help System, Tour
Alexa Tools for Site Owners — Get a Site Audit for your site, Create a Custom Toolbar, Edit your site listing
Related Services — Free Website Content, Make money with Alexa
Download the Alexa Toolbar!
Privacy Policy | Terms of Use
©Alexa Internet, Inc.
An amazon.com company

Case 3:11-cv-03040-MWB  Document 6-3  Filed 08/26/11  Page 3 of 3

converted by Web2PDFConvert.com