




Case 3:11-cv-03040-MWB   Document 6-4   Filed 08/26/11   Page 1 of 2

converted by Web2PDFConvert.com

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.



converted by Web2PDFConvert.com