# UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

FRASERSIDE IP LLC,
An Iowa Limited Liability Company

        Plaintiff,

vs.

Igor Kovalchuk, dba
www.DrTuber.com, and
www.drtuber.com
and John Does 1 - 100 and
John Doe Companies 1 - 100

        Defendant(s).

No.  3:11-cv-03040-MWB

**DISCLOSURE STATEMENT**

_____

      As required by LR 7.1, plaintiff in this case, provides the following information to the court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case*:

Party 1: Fraserside Holdings Limited
Party 2: Private Media Group, Inc.
Party 3: Cinecraft Limited

(*b*) *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both*:

Party 1: Shareholder of Party 2
Party 2: Shareholder of Plaintiff
Party 3: Wholly owned by Party 1

Date: August 28, 2011                    Respectfully submitted,

                                   By:    /s/ Chad L. Belville
                                   cbelville@azbar.org
                                   Chad Belville, Attorney at Law
                                   Iowa Bar # 015731
                                   304 East Beth Drive
                                   Phoenix, AZ 85042

                                   P.O. Box 17879
                                   Phoenix, AZ 85066
                                   Telephone:  602-904-5485
                                   FAX:  602-297-6953
                                   E-mail cbelville@azbar.org

                                   ATTORNEY FOR PLAINTIFF