UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | ) ) ) CASE NO. 11-cv-3040-MWB |
| Plaintiffs, | ) ) APPEARANCE |
| vs. | ) ) |
| IGOR KOVALCHUK, d/b/a DRTUBER.COM and www.drtuber.com and JOHN DOES 1 – 100 and JOE DOE COMPANIES 1 – 100, | ) ) ) ) ) |
| Defendants. | ) |

COME NOW Connie Alt and Jennifer E. Rinden of Shuttleworth & Ingersoll, PLC, and hereby enter their appearance of record on behalf of Defendant Igor Kolvalchuk, d/b/a/ DrTuber.com.

　　　　　　　　　　　　　　　　　/s/ Connie Alt  /s/ Jennifer Rinden
CONNIE ALT  AT0000497
JENNIFER E. RINDEN    AT0006606
　　　　　　for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:     (319) 365-9461
FAX:         (319) 365-8564
cma@shuttleworthlaw.com
jer@shuttleworthlaw.com
**ATTORNEYS FOR DEFENDANT
IGOR KOVALCHUK, d/b/a DRTUBER.COM
and www.drtuber.com**

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on October 28, 2011 by:

[ x ] Electronically via ECF for ECF registrants
[ ] U.S. Mail _____
[ ] Fax _____
[ ] Fed Ex _____
[ ] Hand Delivered _____
[ ] other _____

**ANNE JOHNSON**