## UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | | |
|---|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | ) | |
| | ) | |
| | ) | CASE NO.  11-cv-3040-MWB |
| Plaintiffs, | ) | |
| | ) | MOTION FOR ADMISSION PRO |
| vs. | ) | HAC VICE |
| | ) | |
| IGOR KOVALCHUK, d/b/a | ) | |
| DRTUBER.COM and www.drtuber.com | ) | |
| and JOHN DOES 1 – 100 and JOE DOE | ) | |
| COMPANIES 1 – 100, | ) | |
| | ) | |
| Defendants. | ) | |

Evan Fray-Witzer, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendant Igor Kovalchuk, d/b/a DrTuber.com and states that he is a member in good standing of the bar of the United States District Court for the District of Massachusetts and the Supreme Judicial Court (highest court) of the State of Massachusetts, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Evan Fray-Witzer further states that he will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Connie Alt and Jennifer Rinden, attorneys who have  been admitted to the bar of this district under LR 83.1.b and .c and who have entered an Appearance in this case.

The Certificate of Good Standing required by Administrative Order No. 10-AO-4-P is attached.

                                                    ___/s/ Connie Alt_____
                                                    CONNIE ALT  AT0000497
                                                    JENNIFER E. RINDEN    AT0006606
                                                                    for
                                                    SHUTTLEWORTH & INGERSOLL, P.C.
                                                    500 US Bank Bldg., P.O. Box 2107
                                                    Cedar Rapids, IA 52406
                                                    PHONE:      (319) 365-9461
                                                    FAX:           (319) 365-8564
                                                    jer@shuttleworthlaw.com

                                                    /s/Valentin Gurvits
                                                    Valentin Gurvits, Esq.
                                                    Boston Law Group, PC
                                                    825 Beacon Street, Suite 20
                                                    Newton, MA 02459
                                                    BBO # 643572
                                                    (617) 928-1804
                                                    vgurvits@bostonlawgroup.com


                                                    /s/Evan Fray-Witzer
                                                    Evan Fray-Witzer, Esq.
                                                    Ciampa Fray-Witzer, LLP
                                                    20 Park Plaza, Suite 804
                                                    Boston, MA 02116
                                                    (617) 723-5630
                                                    Evan@CFWLegal.com

                                                    ATTORNEYS FOR DEFENDANT
                                                    **IGOR KOVALCHUK, d/b/a DRTUBER.COM
                                                    and www.drtuber.com**

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

<div style="border:1px solid black; display:inline-block;">

**CERTIFICATE OF SERVICE**

  **The undersigned hereby certifies that a copy
of this document was served upon counsel of
record for each party to the action in compliance
with FRCP 5 on October 28, 2011 by:**

[ x ] Electronically via ECF for ECF registrants
[ ] U.S. Mail _____
[ ] Fax _____
[ ] Fed Ex _____
[ ] Hand Delivered _____
[ ] other _____

**ANNE JOHNSON**

</div>