IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | No. C11-3040-MWB |
| vs. | ) ) | ORDER |
| IGOR KOVALCHUK, d/b/a DRTUBER.COM and www.drtuber.com, JOHN DOES 1-100, and JOE DOE COMPANIES 1-100 | ) ) ) ) ) ) | |
| Defendants. | ) | |

Upon unresisted application and pursuant to Administrative Order 1213,[1] it is

**ORDERED**

motions to appear *pro hac vice* (docket numbers 11 and 12) are granted. Attorneys Evan Fray-Witzer and Valentin David Gurvits are admitted to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter on behalf of Defendant Igor Kovalchuk.

DATED this 31st day of October 2011.

ROBERT L. PHELPS, CLERK
U. S. District Court
Northern District of Iowa

By: __/s/ des,_____
    Deputy Clerk

---

[1] Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.