UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Fraserside IP, LLC, ) | |
|    Plaintiff, ) | |
| v. ) | |
| ) | |
| Igor Kovalchuk d/b/a ) | Docket No. 11-3040-MWB |
| DrTuber.com, www.DrTuber.com, ) | |
| and John Does 1-100 ) | |
| and John Doe Companies 1-100, ) | |
|    Defendants. ) | |

## DEFENDANT IGOR KOVALCHUK'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6), Defendant Igor Kovalchuk respectfully moves for the dismissal of the Plaintiff's complaint in its entirety. As grounds for this Motion, Mr. Waterweg states that:

1. He has not been served in the present case, despite the Plaintiff's submission of a purported return of service to the contrary;

2. Even if he had been served, he is incorrectly named as a defendant in this action inasmuch as he neither owns nor operates the website at issue in this case, DrTuber.com;

3. Even if he was a proper defendant, he is a citizen of Russia and not subject to personal jurisdiction in Iowa; and

4. The purported assignment of intellectual property to Plaintiff, Fraserside IP, LLC ("Fraserside IP") was a sham (inasmuch as the original registrants and owners continue to assert ownership over the intellectual property). Even if the assignment was not a sham, it is *void ab initio* as it was made in contravention of an injunction against the assignors.

Accordingly, the Complaint must be dismissed pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6).[1] In further support of this Motion, Mr. Kovalchuk relies on the accompanying memorandum of law.

                           Respectfully submitted,
                           Igor Kovalchuk,
                           By his attorneys,

/s/Evan Fray-Witzer
Evan Fray-Witzer, *pro hac vice*
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
(617) 723-5630
Evan@CFWLegal.com

/s/Valentin Gurvits
Valentin Gurvits, *pro hac vice*
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton, MA 02459
 (617) 928-1804
vgurvits@bostonlawgroup.com

/s/Jennifer E. Rinden
Connie Alt          AT0000497
Jennifer E. Rinden    AT0006606
      for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:     (319) 365-9461
FAX:        (319) 365-8564
jer@shuttleworthlaw.com

---

[1] The Plaintiff's claims arise under the federal Copyright and Trademark laws. If it does not have standing to bring such claims, then there are no claims over which this court would have subject matter jurisdiction. Alternatively, the dismissal could be under Fed. R. Civ. P. 12(b)(6), since the Fraserside IP's lack of standing also means that it has failed to state a claim upon which relief may be granted.

2

Case 3:11-cv-03040-MWB    Document 14    Filed 11/10/11    Page 2 of 3

ECF CERTIFICATE OF SERVICE

I, Evan Fray-Witzer, hereby certify that on November 10, 2011, a copy of the above document was served on Chad Bellville, attorney for the plaintiff, through the Court's ECF system in accordance with FRCP 5.

/s/ Evan Fray-Witzer