**COPY**     FILED

1   TIMOTHY DILLON (SBN 190839)
    DILLON & GERARDI APC
2   4660 La Jolla Village Drive, Suite 1040    10 JUL 14 PM 4:06
3   San Diego, CA 92122
    (858) 587-1800     CLERK U.S. DISTRICT COURT
4   Facsimile: (858) 587-2587     CENTRAL DIST. OF CALIF.
        LOS ANGELES
5   E-mail: tdillon@dillongerardi.com     BY:_____

6   SPENCER D. FREEMAN (*pro hac vice* pending)
7   FREEMAN LAW FIRM, INC.
    2104 N. 30th St.
8   Tacoma, WA 98403
9   (253) 383-4500
    E-mail: sfreeman@freemanlawfirm.org
10

11                 UNITED STATES DISTRICT COURT
12                 CENTRAL DISTRICT OF CALIFORNIA
13

14   FRASERSIDE HOLDINGS, LTD., a     Case No.: **CV10 5174-GW (FMOx)**
15   foreign limited liability company

16        Plaintiff,     CERTIFICATION AND NOTICE OF
17     vs.     INTERESTED PARTIES
18   XOD LLC, a Delaware corporation,
19   d/b/a XonDemand, xondemand.com
20        Defendant.
21

22   TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:
23
24      The undersigned, counsel of record for Fraserside Holdings, Ltd., certifies that the
25   following listed party may have a direct, pecuniary interest in the outcome of this case.
26   These representations are made to enable to the Court to evaluate possible
27   disqualification or recusal.
28

1

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

| | PARTY | CONNECTION |
|---|---|---|
| 1 | | |
| 2 | Private Media Group, Inc. | Sole Shareholder of Plaintiff. |

Dated: July ___, 2010

Respectfully Submitted,

_____
Timothy P. Dillon
Attorney for Plaintiff,
Fraserside Holdings, Inc.
E-Mail: tdillon@dillongerardi.com

(*pro hac vice* pending)
Spencer D. Freeman
Attorney for Plaintiff,
Fraserside Holdings, Inc.