UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Fraserside IP, LLC,<br>      Plaintiff,<br>v.<br><br>Igor Kovalchuk d/b/a<br>DrTuber.com, www.DrTuber.com,<br>and John Does 1-100<br>and John Doe Companies 1-100,<br>      Defendants. | Docket No. 11-3040-MWB |

## AFFIDAVIT OF IGOR KOVALCHUK

Igor Kovalchuk, being duly sworn, does hereby depose and state:

1. My name is Igor Kovalchuk. Unless otherwise stated, I make this affidavit of my own personal knowledge.

2. I am a citizen and resident of Russia.

3. I manage technology for ERA Technologies, Ltd., a company which is incorporated in the British Virgin Islands.

4. ERA Technologies, Ltd. is the owner and operator of the website www.DrTuber.com.

5. I have been informed that I am named as the defendant in this action and the complaint identifies me, individually, as "doing business as" www.DrTuber.com. This is incorrect. As I have stated, above, www.DrTuber.com is owned and operated by ERA Technologies, Ltd.

6. I understand that the complaint in this matter states that I own and operate www.DrTuber.com. Again, this is incorrect. Although it is true that I am listed as the contact person for www.DrTuber.com in the WhoIs Registry, that is simply in my capacity as the individual who manages technology for ERA Technology, Ltd. A current copy of the WhoIs Registry data is attached to this affidavit.

7. I understand that the complaint also alleges that I have a business address in the British Virgin Islands. This is not true. Although *ERA Technologies* has a business address in the British Virgin Islands, *I* do not. Indeed, I have never even visited the British Virgin Islands.

8. I have never been served with a copy of the complaint nor any other papers in the present action. As mentioned, I am a citizen and resident of Russia. I understand that service on me has to be through the process outlined in the Hague Convention. No such service has been made on me.

9. I understand that the Plaintiff has claimed that service was made on me by leaving a copy of the complaint and other documents at ERA Technologies Ltd.'s address in the British Virgin Islands. ERA Technologies Ltd.'s address is not my address, nor has it ever been so. As I stated above, I have never even visited the British Virgin Islands.

10. Even if ERA Technologies had been named as a defendant in this case – which it has not – I do not believe service would have been proper. ERA Technologies has a registered office address at the business center in the British Virgin Islands. My understanding is that a copy of the complaint was left with the business center's receptionist. The receptionist is not an employee, officer, director, or agent of ERA Technologies – she is simply the person who greets all visitors to the business center, no matter which company the visitor might be looking for.

This receptionist is not authorized to accept service on behalf of ERA Technologies, Ltd. and, in any event, she has no connection whatsoever to me as an individual.

11. With respect to me, individually, I have never visited Iowa and have never conducted any kind of business in Iowa. I do not have a telephone number there; I have no employees or agents there; I do not own or lease real estate there; and I have no agent for the service of process in Iowa.

12. With respect to ERA Technologies, Ltd., even though it has not been named as a defendant in this action, I am aware and informed that the company also has no connections with Iowa. It does not maintain servers in Iowa (or anywhere within the United States), has no telephone number there, does not lease or own real estate there, has no employees or agents there, does not advertise there, and has no agent for the service of process in Iowa.

13. ERA Technologies Ltd. has a registered agent for the service of takedown notices, pursuant to the Digital Millennium Copyright Act ("DMCA"). A copy of ERA Technologies Ltd.'s DMCA agent registration is attached to this affidavit. I am informed that our DMCA agent has never received any takedown notices from the plaintiff Frasierside IP.

Signed under the pains and penalties of perjury this 19th day of September, 2011.

_____
Igor Kovalchuk

# Moniker

 SUPPORT  WHOIS  CART  SIGN IN

| Home | Find Domains | Domain Auctions | Domain Brokerage | Domain Products | News & Resources | My Account |

## Whois: Domain Name Search

Enter a Domain Name:

e.g. moniker.com

Search

The domain **drtuber.com** is [not available] [ This name may be for sale - Make an unsolicited offer ]

Whois data for: **drtuber.com**

**Domains For Sale**
(fetching domains for sale list …)

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

Domain Name: DRTUBER.COM
Registrar: MONIKER ONLINE SERVICES, INC.
Whois Server: whois.moniker.com
Referral URL: http://www.moniker.com
Name Server: NS1.DRTUBER.COM
Name Server: NS2.DRTUBER.COM
Name Server: NS3.DRTUBER.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 28-oct-2011
Creation Date: 06-aug-2009
Expiration Date: 06-aug-2014

>>> Last update of whois database: Thu, 10 Nov 2011 04:43:52 UTC <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability. VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

--------------------------------------------
Extended data: whois.moniker.com
--------------------------------------------

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting

```
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: DRTUBER.COM
Registrar: MONIKER

Registrant [3599639]:
Igor Kovalchuk AtomicDucat@gmail.com
ERA TECHNOLOGIES LTD
RG Hodge Plaza Wickhams Cay Road Town
Tortola
na
000
VG

Administrative Contact [3599639]:
Igor Kovalchuk AtomicDucat@gmail.com
ERA TECHNOLOGIES LTD
RG Hodge Plaza Wickhams Cay Road Town
Tortola
na
000
VG
Phone: +7.9214153469

Billing Contact [3599639]:
Igor Kovalchuk AtomicDucat@gmail.com
ERA TECHNOLOGIES LTD
RG Hodge Plaza Wickhams Cay Road Town
Tortola
na
000
VG
Phone: +7.9214153469

Technical Contact [3599639]:
Igor Kovalchuk AtomicDucat@gmail.com
ERA TECHNOLOGIES LTD
RG Hodge Plaza Wickhams Cay Road Town
Tortola
na
000
VG
Phone: +7.9214153469

Domain servers in listed order:

NS1.DRTUBER.COM 88.85.73.140
NS2.DRTUBER.COM 94.198.241.76
NS3.DRTUBER.COM 94.198.240.224

Record created on: 2011-06-02 02:24:44.413
Database last updated on: 2011-10-28 09:05:21.49
Domain Expires on: 2014-08-06 06:35:22.0
```

Our Whois Domain Name Search lets the public lookup the owner (the "registrant") of a particular domain name as well as other information about the domain name. Some of the Whois information is maintained by Moniker (the "domain registrar") and some is maintained by the "domain registry". Access to Moniker's Whois information is for informational purposes only. Moniker makes Whois domain name information available "as is," and does not guarantee its accuracy. The compilation, repackaging, dissemination or other use of Moniker's Whois information in its entirety, or a substantial portion thereof, is expressly prohibited without the prior written consent of Moniker Online Services, LLC. By accessing and using our Whois Domain Name Search, you agree to these terms.

To use Whois Domain Name Search for domain availability, simply type in the domain name you are looking for. This domain name must be a second-level domain, for example "yourdomain.com".

If for some reason, the domain name you're searching for is not available, and you wish to purchase the domain name from the owner, please place a bid on the domain by sending an email with the domain and bid amount to bid@domainsystems.com.

You can contact Moniker toll free at 1-800-688-6311 or go to http://support.oversee.net/ for more information on our domain name after market services.

| About Us | Legal | Contact | Like us on Facebook | | |
|---|---|---|---|---|---|
| Partners | Privacy Policy | Support | Follow us on Twitter | | |
| Affiliates | Site Map | Resellers | | | |

  

All site contents (c) 2005-2010, Moniker Online Services, LLC. Moniker is a subsidiary of Oversee.net. All rights reserved.

# Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** ERA TECHNOLOGIES LTD

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** DrTuber, www.drtuber.com, drtuber.com

**Address of Service Provider:** RG Hodge Plaza Wickhams Cay Road Town, Tortola BVI

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
1007 N. Federal Hwy., Suite 240, Fort Lauderdale, FL 33304

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** copyright@drtuber.com

**Signature of Officer or Representative of the Designating Service Provider:**
Date: 9/12/2011

**Typed or Printed Name and Title:** Igor Ducalov, Manager

Note: This Interim Designation Must be Accompanied by a Filing Fee*
Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Mail the form to:
Copyright I&R/Recordation
P.O. Box 71537
Washington, DC 20024





Received
SEP 27 2011
Copyright Office