

Segregated Payments is the designated E-ticket Supplier, Payment Processor, and Access Management Provider for DrTuber Premium Zone

**Billing Information** **SegpayEU.com**



| Language: | English |

| Website | Description | Options | Price |
|---|---|---|---|
| premium.drtuber.com | Premium Access | Premium Access - $29.95 for 30 days then $29.95 every 30 days. | $29.95 |

**Grand Total: $29.95**

First and Last Name: dave / man
Email Address: hio@whioshio.com
Address:
City:
State/Province/Territory: Non US/Canada/Australia
Zip: 02056
Country: United States
Credit Card Number:
Credit Card Expiry (mm/yyyy): /
Credit Card CVV Number: What is this?

☒ I certify that I am 18 years of age and agree to SegPay's Terms and Conditions for this purchase and have read SegPay's Privacy Policy.

Secure Purchase

**SegpayEU.com**
will appear on your statement.

### Content provided by: Extron Worldwide Corporation



Your IP address, billing information and connection information will be recorded, traced and checked for fraud. All fraudulent transactions will be investigated and prosecuted in accordance with applicable law.
You may cancel your recurring purchase at any time by visiting our customer service at Customer Service.

converted by Web2PDFConvert.com