# DrTuber

| Username | Password | Login |

- **HOME** partnership
- **FEATURES** what we suggest
- **SIGNUP** earn money with us
- **FAQ** frequently asked
- **CONTACT US**

## Got traffic?

Earn more on it – all thanks to our top-notch content and elaborate customer care system that will make the surfers you send to us rebill their memberships again and again!



1. **SEND YOUR TRAFFIC**
2. **ENJOY YOUR** 
3. **GET YOUR MONEY**



### DrTuber rates

| Uniques | $$$ per 1k |
|---|---|
| 1-20.000: | $1.25 |
| 20.001-50.000: | $1.50 |
| 50.001+: | $1.75 |
| Bad Countries: | $0.25 |
| Ref profit: | 5% |

Please contact us for better rates.



### DrTuber countries

We pay **up to 1,75$ per 1K** for this countries traffic:

Australia, Austria, Belgium, Canada, Denmark, Finland, France, Germany, Greece, Iceland, Ireland, Italy, Japan, Luxembourg, Netherlands, New Zealand, Norway, Singapore, Spain, Sweden, Switzerland, USA,



### DrTuber payouts

We send **payouts twice a month**, on the 1st and 15th. If those days happen to fall in a weekend, we pay on the nearest working day which is usually Monday.

The **minimum payout is set at $100** but you can always raise it in your

## Click here to register and earn money with DrTuber

Copyright © 2008-2011 DrTuber.com. All Rights Reserved.

Case 3:11-cv-03040-MWB   Document 16-6   Filed 11/23/11   Page 1 of 2

converted by Web2PDFConvert.com

Web2PDF
converted by Web2PDFConvert.com