

drtuber.com | Whois Search | Search

- More Domains
- Reverse Whois
- History Details
- Get Notified
- Trademark Monitor
- Screenshot History

## Whois Record For DrTuber.com



| | | | |
|---|---|---|---|
| Teen Cams | Big Tits Cams | Ebony Cams | House |
| Lesbian Cams | Couple Cams | Latina Cams | Asia |
| Anal Cams | Pregnant Cams | BBW Cams | Huge |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay |

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

Reverse Whois: **"Igor Kovalchuk" owns about** 19 other domains
Registrar History: 2 registrars
NS History: 2 changes on 3 unique name servers over 2 years.
IP History: 4 changes on 4 unique IP addresses over 2 years.
Whois History: 229 records have been archived since 2009-08-08.
Reverse IP: 1 other site is hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere...
right from your own desktop! Download Now>

```
Domain Name: DRTUBER.COM
Registrar: MONIKER

Registrant [3599639]:
        Igor Kovalchuk    atomicducat@gmail.com

        RG Hodge Plaza Wickhams Cay Road Town
        Tortola
        na
        000
        VG

Administrative Contact [3599639]:
        Igor Kovalchuk    atomicducat@gmail.com

        RG Hodge Plaza Wickhams Cay Road Town
        Tortola
        na
        000
        VG
        Phone: +7.9214153469

Billing Contact [3599639]:
        Igor Kovalchuk    atomicducat@gmail.com

        RG Hodge Plaza Wickhams Cay Road Town
        Tortola
        na
        000
        VG
        Phone: +7.9214153469

Technical Contact [3599639]:
        Igor Kovalchuk    atomicducat@gmail.com

        RG Hodge Plaza Wickhams Cay Road Town
        Tortola
        na
        000
        VG
        Phone: +7.9214153469

Domain servers in listed order:

        NS1.DRTUBER.COM
        NS3.DRTUBER.COM

        Record created on:         2011-06-02 02:24:44.413
        Database last updated on:  2011-08-25 09:14:02.19
        Domain Expires on:         2014-08-06 06:35:22.0
```

**Country TLDs** | General TLDs

Available domains for registration:

- DrTuber.at — Register
- DrTuber.ch — Register
- DrTuber.dk — Register
- DrTuber.eu — Register
- DrTuber.fr — Register
- DrTuber.in — Register
- DrTuber.jp — Register
- DrTuber.mx — Register
- DrTuber.tw — Register

Register All Selected >

### Related Results

**EMBA Hot Penny Stock**
EMBA may prove to be the hottest penny stock going this year Read
www.greengainers.com/emba/

**View Today's Rates**
Find Today's Interest Rates, Money Markets, CDs and Much More.
bankrate.com

**Mortgage Rate at 2.37%**
Get the Best Mortgage Rates. Refinance & Lower Your Mortgage
Mortgage.LeadSteps.com

**Mortgage Rates Hit 2.50%**
If you owe under $729k you may qualify for 3.01% APR Govt Refi
www.SeeRefinanceRates.com

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.



converted by Web2PDFConvert.com