**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IGOR KOVALCHUK, d/b/a www.DrTuber.com and www.drtuber.com and JOHN DOES 1-100 AND JOHN DOE COMPANIES 1-100,<br><br>　　　　Defendants. | No. C11-3040-MWB<br><br>**ORDER REGARDING PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF IN SUPPORT OF RESISTANCE TO DEFENDANTS' MOTION TO DISMISS** |

_____

This case is before the court on plaintiff Fraserside IP L.L.C.'s (Fraserside") Motion to File Overlength Brief in Resistance to Motion to Dismiss (docket no. 16). For good cause shown, plaintiff Fraserside is granted leave to file an overlength brief in support of its resistance to defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

**DATED** this 9th day of January, 2012.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARK W. BENNETT
　　　　　　　　　　　　　　　　U. S. DISTRICT COURT JUDGE
　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF IOWA