

# Create Your DrTuber.com Account

HD QUALITY

## Premium account

DrTuber's Premium Account allows you to plunge into the ocean of crystal clear XXX video – the ocean that grows bigger every single day! And hey, ain't no sharks here – it's 100% safe!

| Feature | Premium |
|---|---|
| Surf DrTuber without any POP-UP Ads | ✓ |
| Upload your videos and photos | ✓ |
| Meet friends and watch their private videos | ✓ |
| One pass for all our DVDs | ✓ |
| No download limitations | ✓ |
| Fast download speeds | ✓ |
| 5 - 10 DVDs added daily | ✓ |
| 100% secure and confidential | ✓ |
| Crystal Clear HD movies | ✓ |
| 24/7 customer support | ✓ |

Get Premium Access

POOR QUALITY

## Free account

Yes, you can enjoy this stuff for free as well – not in such sky-high quality and not in such amounts that our premium members enjoy but you can! Just give it a try – you'll like it!

| Feature | Free |
|---|---|
| Surf DrTuber without any POP-UP Ads | ✓ |
| Upload your videos and photos | ✓ |
| Meet friends and watch their private videos | ✓ |
| One pass for all our DVDs | ✗ |
| No download limitations | ✗ |
| Fast download speeds | ✗ |
| 5 - 10 DVDs added daily | ✗ |
| 100% secure and confidential | ✗ |
| Crystal Clear HD movies | ✗ |
| 24/7 customer support | ✗ |

Get Free Access

Copyright © 2009-2011 DrTuber.com, All Rights Reserved.

Web2PDF
converted by Web2PDFConvert.com