

# Create Your DrTuber.com Account

## Premium account

DrTuber's Premium Account allows you to plunge into the ocean of crystal clear XXX video – the ocean that grows bigger every single day! And hey, ain't no sharks here – it's 100% safe!

- Surf DrTuber without any POP-UP Ads
- Upload your videos and photos
- Meet friends and watch their private videos
- One pass for all our DVDs
- No download limitations
- Fast download speeds
- 5 - 10 DVDs added daily
- 100% secure and confidential
- Crystal Clear HD movies
- 24/7 customer support





## Premium account registration
### Step 1 of 2

- Username
- Password
- Repeat Password
- E-mail
- First Name
- Last Name
- Country: United States
- Zip Code
- Access: Credit Card / US Bank Account
- 1 Month - $29.95/month

Continue

FAQ | Terms and Conditions | Privacy Policy | DMCA | 2257 | Webmasters Program | Partner Content Program | Advertise | Feedback

Copyright © 2009-2011 DrTuber.com, All Rights Reserved.

Case 3:11-cv-03040-MWB   Document 19-3   Filed 01/10/12   Page 1 of 1

converted by Web2PDFConvert.com