EXHIBIT G



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

SEPTEMBER 14, 2011

PTAS

JASON TUCKER
FRASERSIDE IP
837 CENTRAL AVENUE
NORTHWOOD, IA 50459



*700471217*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 08/25/2011      REEL/FRAME: 004622/0327
                                  NUMBER OF PAGES: 4

BRIEF: ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

ASSIGNOR:
    ONE CRAFT LIMITED                DOC DATE: 02/07/2011
                                     CITIZENSHIP: NOT PROVIDED
                                     ENTITY: LIMITED PARTNERSHIP

ASSIGNEE:
    FRASERSIDE IP LLC                CITIZENSHIP: IOWA
    837 CENTRAL AVENUE               ENTITY: CORPORATION
    NORTHWOOD, IOWA 50459

P.O. Box 1450, Alexandria, Virginia 22313-1450 - WWW.USPTO.GOV

004622/0327 PAGE 2

SERIAL NUMBER: 85084291                FILING DATE: 07/14/2010
REGISTRATION NUMBER:                   ISSUE DATE:

MARK: PRIVATE MEDIA GROUP, INC.
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

SERIAL NUMBER: 78975722                FILING DATE: 12/31/2002
REGISTRATION NUMBER:                   ISSUE DATE:

MARK: EMAG
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

SERIAL NUMBER: 78958877                FILING DATE: 08/23/2006
REGISTRATION NUMBER: 3540412           ISSUE DATE: 12/02/2008

MARK: PRIVATE TO OWN
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

SERIAL NUMBER: 78725894                FILING DATE: 10/04/2005
REGISTRATION NUMBER: 3501850           ISSUE DATE: 09/16/2008

MARK: P
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

SERIAL NUMBER: 78529711                FILING DATE: 12/09/2004
REGISTRATION NUMBER: 3389749           ISSUE DATE: 02/26/2008

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

SERIAL NUMBER: 78534384                FILING DATE: 12/17/2004
REGISTRATION NUMBER: 3216363           ISSUE DATE: 03/06/2007

MARK: PRIVATE FANTASY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

SERIAL NUMBER: 78467295                FILING DATE: 08/13/2004
REGISTRATION NUMBER: 3198038           ISSUE DATE: 01/16/2007

MARK: PRIVATE BLUE
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

SERIAL NUMBER: 78461398  FILING DATE: 08/03/2004
REGISTRATION NUMBER: 3219371  ISSUE DATE: 03/20/2007

MARK: PRIVATE GIRLS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

SERIAL NUMBER: 78461387  FILING DATE: 08/03/2004
REGISTRATION NUMBER: 3188677  ISSUE DATE: 12/26/2006

MARK: PRIVATE GOLD
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

SERIAL NUMBER: 78290612  FILING DATE: 08/21/2003
REGISTRATION NUMBER: 3121422  ISSUE DATE: 07/25/2006

MARK: PRIVATE
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

SERIAL NUMBER: 75812217  FILING DATE: 09/30/1999
REGISTRATION NUMBER: 2875138  ISSUE DATE: 08/17/2004

MARK: THE PRIVATE LIFE OF
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

SERIAL NUMBER: 75927272  FILING DATE: 02/24/2000
REGISTRATION NUMBER: 3137445  ISSUE DATE: 09/05/2006

MARK: PIRATE
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

SERIAL NUMBER: 75486289  FILING DATE: 05/15/1998
REGISTRATION NUMBER: 2443667  ISSUE DATE: 04/17/2001

MARK: PRIVATE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

SERIAL NUMBER: 74418220  FILING DATE: 07/26/1993
REGISTRATION NUMBER: 2201568  ISSUE DATE: 11/03/1998

MARK: PRIVATE INTERNATIONAL
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

SERIAL NUMBER: 72462280        FILING DATE: 06/18/1973
REGISTRATION NUMBER: 1014957   ISSUE DATE: 07/01/1975

MARK: PRIVATE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM


STEVEN POST, EXAMINER
ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

Form PTO-1594 (Rev. 03-11)
OMB Collection 0651-0027 (exp.

09/13/2011
08/700471217

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

8/25/11

103631486

To the Director of the U.S. Pa...                                      ...hed documents or the new address(es) below.

**1. Name of conveying party(ies):**

CINE CRAFT LIMITED

- [ ] Individual(s)
- [ ] Association
- [ ] General Partnership
- [X] Limited Partnership
- [ ] Corporation- State:____
- [ ] Other____

Citizenship (see guidelines)____

Additional names of conveying parties attached? [ ] Yes [ ] No

**2. Name and address of receiving party(ies)**

Additional names, addresses, or citizenship attached? [ ] Yes [X] No

Name: FRASERSIDE IP LLC
Internal Address:____
Street Address: 837 CENTRAL AVENUE
City: NORTHWOOD
State: IOWA
Country: USA        Zip: 50459

- [ ] Association     Citizenship____
- [ ] General Partnership Citizenship____
- [ ] Limited Partnership Citizenship____
- [X] Corporation Citizenship US / IOWA
- [ ] Other____ Citizenship____

If assignee is not domiciled in the United States, a domestic representative designation is attached: [ ] Yes [ ] No
(Designations must be a separate document from assignment)

**3. Nature of conveyance )/Execution Date(s):**

Execution Date(s) 02/07/2011

- [X] Assignment
- [ ] Merger
- [ ] Security Agreement
- [ ] Change of Name
- [ ] Other____

**4. Application number(s) or registration number(s) and identification or description of the Trademark.**

A. Trademark Application No.(s)

B. Trademark Registration No.(s)

Additional sheet(s) attached? [X] Yes [ ] No

C. Identification or Description of Trademark(s) (and Filing Date if Application or Registration Number is unknown):

**5. Name & address of party to whom correspondence concerning document should be mailed:**

Name: JASON TUCKER
Internal Address: FRASERSIDE IP
Street Address: 837 CENTRAL AVENUE
City: NORTHWOOD
State: IOWA    Zip: 50459
Phone Number: 1-562-343-1481
Fax Number:____
Email Address: TUCKER@PRIVATE.COM

**6. Total number of applications and registrations involved:** 15

**7. Total fee** (37 CFR 2.6(b)(6) & 3.41) $390.00

- [ ] Authorized to be charged to deposit account
- [X] Enclosed

**8. Payment Information:**

Deposit Account Number____
Authorized User Name____

02/11/2011
Date

**9. Signature:** [signature]
JASON TUCKER
Name of Person Signing

Total number of pages including cover sheet, attachments, and document: 4

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O. Box 1450, Alexandria, VA 22313-1450

## WORKS

1. Word Mark PRIVATE MEDIA GROUP, INC.
   Mark Drawing Code (4) STANDARD CHARACTER MARK
   Serial Number 85084291

2. Word Mark EMAG
   Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
   Serial Number 78975722

3. Word Mark PRIVATE TO OWN
   Mark Drawing Code (4) STANDARD CHARACTER MARK
   Serial Number 78958877
   Registration Number 3540412

4. Word Mark P
   Mark Drawing Code (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS
   Serial Number 78725894
   Registration Number 3501850

5. Word Mark PRIVATE FANTASY
   Mark Drawing Code (4) STANDARD CHARACTER MARK
   Serial Number 78534384
   Registration Number 3216363

6. Trademark Search Facility Classification Code HUM Accurate representation of a human form, or any portion of a human form
   Mark Drawing Code (2) DESIGN ONLY
   Serial Number 78529711
   Registration Number 3389749

7. Word Mark PRIVATE BLUE
   Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
   Serial Number 78467295
   Registration Number 3198038

8. Word Mark PRIVATE GIRLS
   Mark Drawing Code (4) STANDARD CHARACTER MARK
   Serial Number 78461398
   Registration Number 3219371

9. Word Mark PRIVATE GOLD
   Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
   Serial Number 78461387
   Registration Number 3188677

Transfer of Trademarks

10. Word Mark PRIVATE
    Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
    Serial Number 78290612
    Registration Number 3121422

11. Word Mark THE PRIVATE LIFE OF
    Serial Number 75812217
    Registration Number 2875138

12. Word Mark PIRATE
    Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
    Serial Number 75927272
    Registration Number 3137445

13. Word Mark    PRIVATE
    Mark Drawing Code (1) TYPED DRAWING
    Serial Number 75486289
    Registration Number 2443667

14. Word Mark PRIVATE INTERNATIONAL
    Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
    Serial Number 74418220
    Registration Number 2201568

15. Word Mark PRIVATE
    Mark Drawing Code (1) TYPED DRAWING
    Serial Number 72462280
    Registration Number 1014957

Transfer of Trademarks



3 of 3