

drtuber.com | Whois Search | Search

HOME | RESEARCH | MONITOR | BUY DOMAINS | LEARN | OPEN AN ACCOUNT

- More Domains
- Reverse Whois
- History Details
- Get Notified
- Trademark Monitor
- Screenshot History

## Whois Record For DrTuber.com

+1 | Tweet | Like

| Teen Cams | Big Tits Cams | Ebony Cams | House... |
| Lesbian Cams | Couple Cams | Latina Cams | Asia... |
| Anal Cams | Pregnant Cams | BBW Cams | Huge T... |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay... |

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

Reverse Whois: **"Igor Kovalchuk" owns about** **19 other domains**
Registrar History: **2 registrars**
NS History: **2 changes** on 3 unique name servers over **2** years.
IP History: **4 changes** on 4 unique IP addresses over **2** years.
Whois History: **229 records** have been archived **since 2009-08-08**.
Reverse IP: **1 other site is** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere...
**right from your own desktop!** Download Now>

```
Domain Name: DRTUBER.COM
Registrar: MONIKER

Registrant [3599639]:
        Igor Kovalchuk   atomicducat@gmail.com

        RG Hodge Plaza Wickhams Cay Road Town
        Tortola
        na
        000
        VG

Administrative Contact [3599639]:
        Igor Kovalchuk   atomicducat@gmail.com

        RG Hodge Plaza Wickhams Cay Road Town
        Tortola
        na
        000
        VG
        Phone: +7.9214153469

Billing Contact [3599639]:
        Igor Kovalchuk   atomicducat@gmail.com

        RG Hodge Plaza Wickhams Cay Road Town
        Tortola
        na
        000
        VG
        Phone: +7.9214153469

Technical Contact [3599639]:
        Igor Kovalchuk   atomicducat@gmail.com

        RG Hodge Plaza Wickhams Cay Road Town
        Tortola
        na
        000
        VG
        Phone: +7.9214153469

Domain servers in listed order:

        NS1.DRTUBER.COM
        NS3.DRTUBER.COM

        Record created on:         2011-06-02 02:24:44.413
        Database last updated on:  2011-08-25 09:14:02.19
        Domain Expires on:         2014-08-06 06:35:22.0
```



**Country TLDs** | General TLDs

Available domains for registration:

- ☐ DrTuber.**at** — Register
- ☐ DrTuber.**ch** — Register
- ☐ DrTuber.**dk** — Register
- ☐ DrTuber.**eu** — Register
- ☐ DrTuber.**fr** — Register
- ☐ DrTuber.**in** — Register
- ☐ DrTuber.**jp** — Register
- ☐ DrTuber.**mx** — Register
- ☐ DrTuber.**tw** — Register

**Register All Selected >**

**Related Results**

**EMBA Hot Penny Stock**
EMBA may prove to be the hottest penny stock going this year Read
www.greengainers.com/emba/

**View Today's Rates**
Find Today's Interest Rates, Money Markets, CDs and Much More.
bankrate.com

**Mortgage Rate at 2.37%**
Get the Best Mortgage Rates. Refinance & Lower Your Mortgage
Mortgage.LeadSteps.com

**Mortgage Rates Hit 2.50%**
If you owe under $729k you may qualify for 3.01% APR Govt Refi
www.SeeRefinanceRates.com

© 2011 DomainTools, LLC All rights reserved.



converted by Web2PDFConvert.com