Chad Belville IA Bar 015731
304 East Beth Drive
Phoenix, AZ 85042
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, )<br>An Iowa Limited Liability Company )<br>)<br>vs. )<br>)<br>)<br>)<br>)<br>Igor Kovalchuk, dba www.DrTuber.com )<br>and www.drtuber.com and John Does 1 – 100 )<br>and John Doe Companies 1-100 ) | No. 11-cv-03040-MWB<br><br>MOTION TO EXTEND<br>DEADLINE FOR<br>SCHEDULING ORDER |

COMES NOW Plaintiffs Fraserside IP LLC, by and through its counsel, Chad Belville; and with Concurrence of Defendant counsel; and MOVES that the Deadline for Filing of Scheduling Order be continued to a later date.

A Motion to Dismiss and Resistance has been filed in this matter. In the interest of efficiency, the parties request that the Scheduling Conference be continued until after the Ruling on the Motion has been filed.

Discovery has not commenced at this time due to the dispositive nature of the pending Motion to Dismiss. The moving party believes the trial date will be effected by the additional time required.

Date: January 13, 2012                                                    Respectfully submitted,


                                                                          By:     /s/ Chad L. Belville

                                                                          Chad Belville, Attorney at Law
                                                                          Iowa Bar # 015731

Physical Address                                                          304 East Beth Drive
                                                                          Phoenix, AZ 85042

MAILING ADDRESS:                                                          P.O. Box 17879
                                                                          Phoenix, AZ 85011

                                                                          Telephone: 602-904-5485
                                                                          FAX: 602-297-6953
                                                                          E-mail cbelville@azbar.org
                                                                          ATTORNEY FOR PLAINTIFF

                                    Certificate of Service

I, Chad Belville, Attorney for Plaintiff, hereby certify that on January 13, 2012 a copy of this Motion was served upon the Attorneys for Defendants, listed as Connie M. Alt, Jennifer Rinden, Valentin Gurvits, and Evan Fray-Witzer, through the Courts Electronic Case Filing System.


                                    /s/ Chad L. Belville