IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>Igor Kovalchuk, dba www.Dr.Tuber.com and www.drtuber.com and John Does 1 - 100 and John Doe Companies 1 - 100,<br><br>    Defendants. | No. C11-3040-MWB<br><br>**ORDER** |

_____

The plaintiff's motion (Doc. No. 20) to extend deadline for scheduling order is **granted**. The deadline is continued to **March 1, 2012**.

**IT IS SO ORDERED.**

**DATED** this 17th day of January, 2012.

_____
PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT