IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Company, | ) ) | |
| Plaintiff, | ) ) | No. C11-3040-MWB |
| vs. | ) ) | JUDGMENT |
| IGOR KOVALCHUK, d/b/a www.DrTuber.com and JOHN DOES 1-100 and JOHN DOE COMPANIES 1-100, | ) ) ) ) | IN A CIVIL CASE |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Fraserside IP LLC, take nothing and this action is dismissed.

Dated: March 5, 2012     ROBERT L. PHELPS
                        Clerk

                         /s/ des
                        (By) Deputy Clerk